IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| In re: Markel Behel & Melanie Behel dba Behel Farms<br>EIN: xx-xxx6971 | ) ) ) ) | Case No.: 18-81697-12 |
| Debtor. | ) | CHAPTER 12 |

**FIRST MOTION FOR APPROVAL OF INTERIM PROFESSIONAL FEES
AND EXPENSES FOR CHAPTER 12 DEBTORS' ATTORNEYS**

COME NOW the Debtors in the above styled Chapter 12 case, and shows the Court as follows:

**General Background**

1. On June 8, 2018 (the "Commencement Date"), the Debtors commenced with this Court a voluntary case under Chapter 12 of Title 11, United States Code (the "Bankruptcy Code").

2. On July 12, 2018, this Court approved the employment of Sparkman, Shepard & Morris, P.C. as Debtors' counsel. That day, this Court also entered an Order approving the Debtors Motion to allow its attorneys to send monthly notices of attorney's fees and expenses incurred (the "Monthly Fee Notices") to the Debtors 20 largest unsecured creditors, all parties requesting notice, any committees appointed in this matter, the Bankruptcy Administrator (the "Notice Parties").

3. This Court's order of July 12, 2018 also orders the Debtors' counsel to file with the Court, beginning on October 1, 2018, and serve upon the Notice Parties not more than once every 90 days an interim application for allowance of compensation and reimbursement of expenses, pursuant to 11 U.S.C. §331, of the amounts sought in the Monthly Fee Notices filed during such period (the "Interim Fee Application"). The Interim Fee Application must include a summary of the Monthly Fee Notices that are the subject of the request and any other information requested by the Court or required by the Local Rules.

**Relief Requested**

4. The said professionals currently employed by the Debtors have previously served Monthly Fee Notices for the months of June, July and August 2018, with balances due on each as shown below:

| June 2018 | Compensation: $1,785.00 (80% paid) / Expenses: $39.56 (100% paid) |
|---|---|
| | Total: $1,824.56 |
| | Date of Notice: July 13, 2018 |
| | Amount of fees held in trust pending Court approval: $0.00 |

July 2018    Compensation: $2,126.50 (80% paid) / Expenses: $19.77 (100% paid)
             Total: $2,146.27
             Date of Notice: August 6, 2018
             Amount of fees held in trust pending Court approval: $0.00

August 2018  Compensation: $1,954.00 (66% paid) / Expenses: $13.32 (100% paid)
             Total: $1,967.32
             Date of Notice: September 5, 2018
             Amount of fees held in trust pending Court approval: $0.00

5. No agreement exists between the attorney and any other person or entity whatsoever for the sharing of compensation or expenses in this case.

6. This application is brought under the provisions of Sections 327, 328, 330, 331 of the United States Bankruptcy Code and Rule 2016 of the Federal Rules of Bankruptcy Procedure.

WHEREFORE, the Debtors request that the Court:

1. Schedule a hearing on the attorneys' requested compensation and expenses;

2. Enter an Order approving such compensation and expenses and authorizing the Debtors to pay same; and

3. Grant other and further relief as the Court deems just and proper.

Respectfully submitted this the 1st day of October, 2018.

/s/ Tazewell T. Shepard
Tazewell T. Shepard III
Tazewell T. Shepard IV
*Attorneys to Debtors*

**SPARKMAN, SHEPARD & MORRIS, P.C.**
P. O. Box 19045
Huntsville, AL  35804
Tel: (256) 512-9924
Fax: (256) 512-9837

## CERTIFICATE OF SERVICE

       This is to certify that I have this 1st day of October, 2018 served the foregoing document upon the Debtor's 20 largest unsecured creditors, all persons requesting notice and the following listed persons by electronic service through the Court's CM/ECF system and/or by depositing said copies in the United States Mail in properly addressed envelopes with adequate postage thereon:

Richard Blythe, Esq.
Office of the Bankruptcy Administrator
P. O. Box 3045
Decatur, AL  35602

                                        */s/ Tazewell T. Shepard*
                                        Tazewell T. Shepard