IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Markel Behel,, | ) | CASE NO. 18-81697-CRJ12 |
| Melanie Behel, | ) | |
| dba Behel Farms | ) | |
| | ) | |
| DEBTOR(s). | ) | CHAPTER 12 |

BANKRUPTCY ADMINISTRATOR'S STATEMENT OF REVIEW OF THE APPLICATION FOR INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES OF SPARKMAN, SHEPARD & MORRIS, P.C., ATTORNEYS FOR THE DEBTOR

    COMES NOW J. Thomas Corbett, the United States Bankruptcy Administrator (the "BA"), by and through the undersigned counsel of record, and hereby files this Statement of Review regarding the Application of SPARKMAN, SHEPARD & MORRIS, P.C. ("Applicant") in the above-styled case and states as follows:

1. The BA's Office has reviewed the application (Doc. #76).

2. An analysis of the request for compensation discloses that the schedules have the required specificity and reflect compensation for actual, necessary services, as required under 11 U.S.C. Section 330(a)(1)(A). The hourly rate of the Applicant is reasonable in light of Johnson v. Georgia Highway Express, Inc., 488 F.2d 714 (5th Cir. 1974.

3. An analysis of the request for reimbursement of expenses discloses the expenses have the required specificity and are actual and necessary expenses under 11 U.S.C. Section 330(a)(1)(B).

4. Based on the review of the application and schedules, such substantially complies with the requirements of 11 U.S.C. Section 330, Federal Rule of Bankruptcy Procedure 2016 and Local Rule 2016-1.

    WHEREFORE, the BA recommends approval of interim compensation and reimbursement of expenses as requested in the application.

    Respectfully submitted 12 October 2018.

                              J. THOMAS CORBETT
                              United States Bankruptcy Administrator for the
                              Northern District of Alabama

                        BY:    /s/ Richard M. Blythe
                              Richard M. Blythe
                              Assistant U.S. Bankruptcy Administrator
                              Alabama. Bar ID: ASB-3199-B52R

OF COUNSEL:
United States Bankruptcy Administrator
Northern District of Alabama
Seybourn H. Lynne Federal Building
Post Office Box 3045
400 Well Street NE, Room 236
Decatur, Alabama 35602
(256) 340-2740

## CERTIFICATE OF SERVICE

      I hereby certify that on 12 October 2018, I have served a copy of the foregoing on the parties listed below by depositing the same in the United States Mail, postage prepaid and properly addressed, or if the party being served is a registered participant in the CM/ECF System for the United States Bankruptcy Court for the Northern District of Alabama, service has been made by a "Notice of Electronic Filing" pursuant to FRBP 9036 in accordance with subparagraph II.B.4. of the Court's Administrative Procedures.

C David Cottingham, Trustee, Via CM/ECF electronic service
dcottingham@ch13tuscaloosa.com

Tazewell Taylor Shepard, IV, Esq., Attorney for Debtor, Via CM/ECF electronic
ty@ssmattorneys.com

                                                /s/ Richard M. Blythe
                                                Richard M. Blythe
                                                Assistant U.S. Bankruptcy Administrator