# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | | |
|---|---|---|
| In re: Markel Behel & Melanie Behel dba Behel Farms | ) ) ) ) | Case No.: 18-81697-CRJ-12 |
| Debtor. | ) ) | CHAPTER 12 |

## ORDER APPROVING FIRST INTERIM PROFESSIONAL FEES AND EXPENSES FOR CHAPTER 12 DEBTORS' ATTORNEYS

This matter came before the Court for hearing upon the Debtors' First Motion for Approval of Interim Professional Fees and Expenses for Chapter 12 Debtors' Attorneys filed on October 1, 2018 (Doc. 76). After proper notice, a hearing was held on October 15, 2018 with appearances by Tazewell T. Shepard IV on behalf of the Debtors, C. David Cottingham, Trustee, Rowlett Sneed on behalf of Wayne County Bank, and Richard M. Blythe on behalf of the Bankruptcy Administrator.

The Bankruptcy Administrator reviewed the application and has recommended approval of the compensation and expenses in the amount of $5,938.15.

Upon consideration of the pleadings, and in light of the representations of the parties at the hearing, by the Court it is

**ORDERED, ADJUDGED** and **DECREED** that the First Motion for Approval of Interim Professional Fees and Expenses for Chapter 12 Debtors' Attorneys (Doc. 76) is hereby **APPROVED** in the amount of $5,938.15, consisting of compensation for legal services rendered in the amount of $5,865.50 and reimbursement of expenses in the amount of $72.65; and it is further

**ORDERED, ADJUDGED**, and **DECREED** that the Debtors are authorized and ordered to pay said amount to the attorneys for services rendered.

Dated this the 16th day of October, 2018.

/s/ Clifton R. Jessup, Jr.
Clifton R. Jessup, Jr.
United States Bankruptcy Judge

Prepared by:
Tazewell T. Shepard IV
Attorney for Debtors